# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

ROBERT E MILLER,            )
                                       )
                    Petitioner,       )
                                         )
                     vs.                  )     Case No. 2:13-cv-00325-JMS-WGH
                                         )
JOHN C. OLIVER, Warden,      )
                                       )
                    Respondent.     )

## Entry Concerning Selected Matters

The petitioner's first motion for leave to file [dkt. 25] is **granted,** consistent with the following:

1.      The petitioner shall have through December 18, 2013, in which to file an amended petition for writ of habeas corpus.

2.      In doing so, the petitioner must bear in mind that "for habeas petitions challenging present physical confinement, jurisdiction lies in only one district, the district of confinement." *Rumsfeld v. Padilla,* 542 U.S. 426, 442 (2004).

IT IS SO ORDERED.

Date:   12/02/2013

                                      Hon. Jane Magnus-Stinson, Judge
                                      United States District Court
                                      Southern District of Indiana

Distribution:

Electronically Registered Counsel