IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT E. MILLER, JR.,** | ) |
| Petitioner, | ) ) ) |
| vs. | ) Civil No. 13-cv-1307-DRH-CJP ) |
| **JEFF S. WALTON,** | ) ) |
| Respondent. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Petitioner Robert E. Miller, Jr., is represented by counsel in this action brought pursuant to 28 U.S.C. §2241. On February 27, 2014, the Court directed the Clerk of Court to return to Mr. Miller four documents which he had prepared and mailed to the Court for filing in this case. The Court clearly instructed petitioner that "The Court cannot accept pleadings directly from Mr. Miller because he is represented by counsel. Only documents that are submitted by petitioner's counsel will be filed in the Court's file." Further, the Court warned petitioner that "Future attempts by Mr. Miller to file pleadings directly or to correspond with the Court while he is represented by counsel will subject Mr. Miller to sanctions." **See, Doc. 39**.

Despite the Court's clear warning, petitioner has mailed another pro se pleading to the Court. This pleading is captioned "Petitioner's Response to Respondent's Motion to Dismiss," and has been docketed at **Doc. 50**.

Mr. Miller disregarded the Court's instructions and violated the Court's order of February 27, 2014, by mailing his pro se pleading to the Court for filing.

1

The Clerk of Court shall **STRIKE** the pro se Response to Respondent's Motion to Dismiss, **Doc. 50**.

The Court will consider the issue of an appropriate sanction at a later date.

**IT IS SO ORDERED.**

**DATE:  April 11, 2014.**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**